UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,                            Case No. 3:26-cr-53

vs.

BRIAN GEE,                        District Judge Michael J. Newman

       Defendant.

---

**ORDER REQUIRING THE PARTIES TO: (1) MEET AND CONFER UNDER FED. R. CRIM. P. 16.1; (2) FILE A NOTICE IDENTIFYING THE SPEEDY TRIAL ACT DEADLINE; AND (3) FILE A JOINT, PROPOSED SCHEDULING ORDER**

---

This criminal case is before the Court following Defendant's indictment on June 9, 2026 and arraignment on June 15, 2026.  The Court issues this Order to clarify certain calendar issues.

**Meet and Confer Requirement:**

First, within 14 days of Defendant's June 15th arraignment, and pursuant to the Court's Standing Order Governing Criminal Cases (eff. Aug. 27, 2025), *see* https://www.ohsd.uscourts.gov/FPNewman, the parties shall meet and confer "and try to agree on a timetable and procedures for pretrial disclosure under Rule 16." Fed. R. Crim. P. 16.1(a).  The parties must file (1) a Notice identifying the Speedy Trial Act deadline; and (2) a Joint Proposed Scheduling Order containing a discovery deadline, a motion filing deadline, a status report deadline, and a trial date.

**Pre-Sentence Investigation Reports:**

The Court expects that objections to the Probation Department's Pre-Sentence Investigation Report ("PSR") be raised in the first instance, before U.S. Probation, and Probation

will be given an opportunity to consider any such objection and issue a PSR Addendum, if necessary.  If, after the PSR is filed, counsel seeks to raise a new objection to the PSR, counsel must show that good cause supports allowing the untimely objection.[1]  *See* Fed. R. Civ. P. 32(i)(1)(D) ("At sentencing, the court … may, for good cause shown, allow a party to make a new objection at any time before sentence is imposed").  In that case, the Court typically will refer the PSR back to Probation for additional review and the issuance, if appropriate, of another PSR Addendum.

**Sentencing Memoranda:**

Third, pursuant to the Court's Standing Order, when a case proceeds to sentencing, the deadline for filing a sentencing memorandum is **seven days before the sentencing hearing**. Counsel may file a motion to extend the sentencing memorandum deadline.  Such motions must be filed before the deadline and must show that good cause supports the requested extension.  A motion to extend the sentencing memorandum deadline, or an untimely-filed sentencing memorandum, may result in a continuance of the sentencing hearing.

A form Notice and Proposed Scheduling Order is attached hereto.

**IT IS SO ORDERED.**

June 17, 2026                                      s/*Michael J. Newman*
                                                            Hon. Michael J. Newman
                                                            United States District Judge

---

[1] Objections to the initial PSR must be stated in writing "[w]ithin 14 days after receiving the presentence report …." Fed. R. Crim. P. 32(f)(1).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,                                 Case No. 3:Choose an item.

vs.

————, *et al.*,                      District Judge Michael J. Newman

     Defendants.

---

**NOTICE AND PROPOSED SCHEDULING ORDER**

---

     Pursuant to the Court's Standing Order Governing Criminal Cases (eff. Aug. 27, 2025), the parties have met and conferred pursuant to Fed. R. Crim. P. 16.1 report that the present Speedy Trial Act deadline in this case is Click or tap to enter a date.  The parties propose the following scheduling order:

| | |
|---|---|
| Discovery deadline: | **Click or tap to enter a date.** |
| Motion filing deadline: | Click or tap to enter a date. |
| Status report deadline: | Click or tap to enter a date. |
| Jury trial: | Click or tap to enter a date.at Choose an item. |

_____         _____

Counsel for Defendant                       Counsel for the Government