UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,                             Case No. 3:26-cr-53

vs.

BRIAN GEE,                       District Judge Michael J. Newman

       Defendant.

---

### ORDER: (1) GRANTING THE GOVERNMENT'S MOTION TO UNSEAL THE CASE (Doc. No. 8); AND (2) INSTRUCTING THE CLERK OF COURT TO UNSEAL THE CASE FROM THE INDICTMENT (Doc. No. 4) FORWARD

---

In the absence of a memorandum in opposition, or other response, by Defendant, the Court

**GRANTS** the Government's motion to unseal this case from the Indictment forward.  Doc. No. 8.

The Clerk of Court is **INSTRUCTED** to unseal the case from the Indictment (Doc. No. 4) forward.

This Order does not preclude a party, in the future, from seeking leave of Court to file a document

under seal.

      **IT IS SO ORDERED.**

July 13, 2026                    s/*Michael J. Newman*
                                   Hon. Michael J. Newman
                                   United States District Judge