UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                           Case No. 3:26-cr-53

vs.

BRIAN GEE,                          District Judge Michael J. Newman

      Defendant.

---

**ORDER REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY JULY 31, 2026**

---

This case is before the Court following its Order granting the Government's unopposed motion for a protective order.  Doc. No. 17.  This case is currently in need of an updated timetable and procedures for pretrial disclosure.  Accordingly, the Court **REQUIRES** the parties to file a joint status report, including: (1) a Notice identifying the current Speedy Trial Act deadline; and (2) a Joint Proposed Scheduling Order containing a discovery deadline, a motion filing deadline, a status report deadline, and a trial date, by **the close of business on July 31, 2026**.

      **IT IS SO ORDERED.**

July 24, 2026                          s/*Michael J. Newman*
                                        Hon. Michael J. Newman
                                        United States District Judge